**FILED**

AUG 0 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

1   BENJAMIN B. WAGNER
    United States Attorney
2   PHILIP A. FERRARI
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2744

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN THE MATTER OF THE SEARCH OF:     )     S.W. NO.: 2:09-SW-0135-GGH
                                    )
12   12636 Contini Mine Road,           )
    Jackson, California                )     ORDER
13                                         )
14                                         )
15                                         )
16 _____ )

17

18       The government's request to unseal the Search Warrant and this

19 case is GRANTED.

20       SO ORDERED:

21 DATED: August 3 , 2012

22                             HON. EDMUND F. BRENNAN
                              U.S. Magistrate Judge

23

24

25

26

27

28